[No. 66237-6-I.   Division One.   March 12, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. NOEL B. MCLANE, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 10-1-00195-1, Anita L. Farris, J., entered October 14, 2010. *Affirmed* by unpublished opinion per Dwyer, C.J., concurred in by Becker and Leach, JJ.

[No. 66475-1-I.   Division One.   March 12, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN A. JONES III, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 07-1-01849-7, George N. Bowden, J., entered December 13, 2010. *Remanded* by unpublished opinion per Lau, J., concurred in by Cox and Appelwick, JJ.

[No. 66477-8-I.   Division One.   March 12, 2012.]

PAUL L. DEWS, *Appellant*, v. KENNY SO ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 10-2-15609-7, Hollis R. Hill, J., entered December 17, 2010. *Affirmed* by unpublished opinion per Dwyer, C.J., concurred in by Becker and Ellington, JJ.

[No. 40643-8-II.   Division Two.   March 13, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT CHARLES MAYO, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-1-04240-7, Kitty-Ann van Doorninck, J., entered April 23, 2010. *Affirmed* by unpublished opinion per Worswick, A.C.J., concurred in by Armstrong and Quinn-Brintnall, JJ.